Rule absolute.

*Patterson*, for plaintiff.
*J. A. Bayard*, for defendant.

---

### GEORGE HAMMER *vs.* ELIAS PIERCE.

Trespass lies by a father for a forcible injury to his son, *per quod*, &c.

TRESPASS assault and battery, *per quod*, the plaintiff lost the services of his son.

The action was for injuries to the plaintiff's son, by a blow from the defendant.

*Mr. Rogers*, for the defendant, raised and argued the question as to the form of action, contending that, on principle, it should be in case and not trespass. He cited 12 *Com. Law Rep*, 131; 13 *Ibid* 94; but

*The Court*, without hearing *Bradford* contra, decided that the action was well brought; and the plaintiff had a verdict.